UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CAMERON INDUSTRIES, INC.

Plaintiff,

-against-

MYSTIQUE APPAREL GROUP, INC.

Defendant.

-----------------------------------------------------------------X

5/16/08

08 Civ. 3779   (JES)

STIPULATION
EXTENDING
DEFENDANT'S TIME TO
ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys that:

1.      Defendant's time to answer Plaintiff's Complaint is extended to May 28,

2008.

2.      This Stipulation may be executed via electronic and/or facsimile signature

with electronic and/or facsimile signature deemed to be original.

Dated:      New York, New York
            May 7, 2008

**LAZARUS & LAZARUS, P.C.**
Attorneys for Defendant

By:_____

Gilbert A. Lazarus, Esq. (GAL-1025)
240 Madison Avenue, 8th. Flr.
New York, New York 10016
(212) 889-7400

**SCHLACTER & ASSOCIATES**
Attorneys for Plaintiff

By:_____

Jed R. Schlacter (JRS-4874)
450 Seventh Avenue
New York, New York, 10123
(212) 695-2000

C:\My Files\MYSTIQUE APPAREL GROUP, INC. adv. CAMERON INDUSTRIES, INC\STIP. RE ANSWER.wpd

**SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

5-15-08