5/29/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

CAMERON INDUSTRIES, INC.

Plaintiff,

-against-

MYSTIQUE APPAREL GROUP, INC.

Defendant.
-----------------------------------------------------------------X

08 Civ. 3779 (JES)

STIPULATION EXTENDING DEFENDANT'S TIME TO ANSWER

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys that:

1. Defendant's time to answer Plaintiff's Complaint is extended to May 28, 2008.

2. This Stipulation may be executed via electronic and/or facsimile signature with electronic and/or facsimile signature deemed to be original.

Dated: New York, New York
May 7, 2008

**LAZARUS & LAZARUS, P.C.**
Attorneys for Defendant

By: /s/ Gilbert A. Lazarus, Esq.
Gilbert A. Lazarus, Esq. (GAL-1025)
240 Madison Avenue, 8th. Flr.
New York, New York 10016
(212) 889-7400

**SCHLACTER & ASSOCIATES**
Attorneys for Plaintiff

By: /S/ Jed R. Schlacter, Esq.
Jed R. Schlacter (JRS-4874)
450 Seventh Avenue
New York, New York, 10123
(212) 695-2000

**SO ORDERED:**

**UNITED STATES DISTRICT JUDGE**

5-28-08

D:\STIP. RE ANSWER.wpd 2